UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number:** 1:16-cv-22176-MGC

ANDRES GOMEZ

    Plaintiff,

vs.

TYR SPORT, INC.

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon execution of a confidential settlement agreement, parties will file a stipulated motion to dismiss this action with prejudice.

    Respectfully submitted on this 28th day of July, 2016.

    *s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of July, 2016, the foregoing **NOTICE OF SETTLEMENT** was filed electronically using the U.S. Court's CM/ECF, which caused a copy of the same to be served electronically to:

Brian R. Heitner, Esq.
Seltzer Sussman Heitner, LLP
100 Jericho Quadrangle
Jericho, New York 11753
Tel: (516) 935-3600
Fax: (516) 933-3030
E-mail: bheitner@sshlaw.com
*Attorneys for Defendant*

                                                                    *s/ Scott R. Dinin*